

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 8:22:56 AM
CHRISTOPHER A. PRINE
Clerk

April 14, 2015

Certified Mail No.: 7004 2510 0002 8751 7315

MR. BRYANT CARTER/TDCJ #01958282
BARRY B. TELFORD UNIT
3899 HIGHWAY 98
NEW BOSTON, TEXAS 75570

Re: Cause Number 1319081 & 1387990 in the 262ND DISTRICT COURT

Dear Sir or Madam:

The following documents are being forwarded to you
pursuant to an order from the court of appeals.

Enclosed is a certified copy of the trial record in the above numbered and styled cause,
which includes:

II ---- Volume(s) - Clerk's Record

      Volume(s) – Supplemental Clerk's Record

      Volume(s) – Reporter's Record

Your pro-se brief is due in the Fourteenth Court of Appeals 30 days after the receipt of
your record. This date will be calculated from the return receipt requested (green) card.
The Court of Appeals will be notified when the record is received.

Sincerely,

/s/ N. Salinas, Deputy
Criminal Post Trial

Enclosure

1201 Franklin, P.O. Box 4651 Houston, Texas 77210-4651